**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
et al.,

    Plaintiffs,

v.                      Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on the Motion to Compel for Plaintiffs (Doc. #122; Motion), filed on May 27, 2005. No opposition has been filed in response thereto and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida. Upon due consideration, the Motion (Doc. #122) is **GRANTED** to the extent Defendants shall fully respond to the discovery at issue within ten (10) days from the date of this Order. The request for oral argument contained in the Motion is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of June, 2005.

                                 /s/      Howard T. Snyder
                                 HOWARD T. SNYDER
                                 UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any