**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an
attorney qui tam, pro se,

    Plaintiffs,

vs.	Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on Plaintiffs' Motion/Legal Authority for In Camera Review (Doc. #137; Motion).  Because the Court's prior orders, *see* Order (Doc. #123); Order (Doc. #142), may have impacted the relief sought in the Motion, it is **DENIED AS MOOT** without prejudice to the filing, if necessary, of a motion listing the specific materials Plaintiff seeks to have reviewed *in camera*.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of September, 2005.

                        /s/     Howard T. Snyder
                        HOWARD T. SNYDER
                        UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any