**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an
attorney qui tam, pro se,

    Plaintiffs,

vs.                                 Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on Plaintiffs' Motion for Expenses (Doc. #149; Motion). Additionally, Plaintiffs' Affidavit in Support of Motion for Expenses (Doc. #150; Affidavit) has been filed. No opposition has been received in response thereto, and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

On September 12, 2005, the Court ordered John Reber, Esquire, to "reimburse Plaintiffs' reasonable expenses incurred in bringing [Plaintiffs' Motion for Sanctions Pursuant Rule 37, F.R.Civ.P., for Willful Disregard of a Court Order by John Reber (Doc. #124; Motion for Sanctions).]" Order (Doc. #142; Order) at 6. It is asserted the reasonable expenses associated with the Motion for Sanctions total $2,600.00. Motion at 1; Affidavit ¶¶ 9-14. Plaintiffs also seek to recover $2,855.00 for time spent attempting to confer with

Mr. Reber on the proper amount of sanctions as well as expenses incurred in that pursuit.  Motion at 2; Affidavit ¶¶ 18-20.

Upon review of the Affidavit, and in light of Mr. Reber's failure to oppose the Motion, Plaintiffs will be permitted to recover the $2,600.00 sought in connection with the filing of the Motion for Sanctions.  However, including the additional $2,855.00 in the award would not be appropriate.  The Court did not contemplate Mr. Reber would pay Plaintiffs for fees and expenses of this sort and they were not included in the Order.  *See* Order at 6.

Accordingly, the Motion (Doc. #149) is **GRANTED** to the extent Mr. Reber shall, within ten (10) days from the date of this Order, reimburse Plaintiffs in the amount of $2,600.00.  Otherwise, the Motion is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2005.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
   and *pro se* parties, if any