**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an
attorney qui tam, pro se,

    Plaintiffs,

vs.                                        Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on Plaintiffs' Motion to Compel Production of Documents (Doc. #158; Motion), filed on October 3, 2005. No opposition has been submitted in response thereto, and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

Plaintiffs seek documents pursuant to "a second request made to Defendant Orlando Neighborhood Improvement Corporation (ONIC)[.]" Motion at 1; *see* Second Request to Defendant Orlando Neighborhood Improvement Corporation for Documents (Request), attached to the Motion as Exhibit A. It is asserted ONIC has

failed to respond to the Request and a protective order has not been sought. Motion at 1.

Upon due consideration, the Motion (Doc. #158) is **GRANTED** to the extent Defendant ONIC shall fully respond to the Request within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of November, 2005.

/s/    Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any