UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an
attorney qui tam, pro se,

    Plaintiffs,

vs.                                 Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on Plaintiffs' Motion to Compel Response from ONIC/Robert Ansley to Plaintiffs' Request for Documents (Doc. #166; Motion), filed on November 3, 2005. No opposition has been submitted in response thereto, and the time for doing so has passed. *See* Rule 3.01(b), Local Rules, United States District Court, Middle District of Florida.

Plaintiffs represent they have received no response from Orlando Neighborhood Improvement Corporation (ONIC) or Robert Ansley to a request for production of documents served on September 8, 2005. Motion at 1-2; *see* Plaintiffs' Request for Documents About a HUD/UDAG Agreement Identified in the Orange County Property Appraisers Books; Federal HOME Applications/Grants/Monitoring, etc.

(Request), attached to the Motion as Exhibit A.  Thus, they ask the Court to compel production.  *See* Motion at 2.

Upon due consideration, the Motion (Doc. #166) is **GRANTED** to the extent Defendants Ansley and ONIC shall fully respond to the Request within ten (10) days from the date of this Order.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of November, 2005.

/s/         Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE


Copies to:

Counsel of Record
    and *pro se* parties, if any