**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an
attorney qui tam, pro se,

    Plaintiffs,

vs.                                  Case No. 3:04-cv-1344-J-16HTS

ROBERT ANSLEY, etc.,
et al.,

    Defendants.
_____

**O R D E R**

This cause is before the Court on the Emergency Motion for Protective Order of Defendants Orlando Neighborhood Improvement Corporation and Robert Ansley (Doc. #222; First Motion), filed on February 7, 2006; Defendant City of Orlando's Emergency Motion for Protective Order (Doc. #223; Second Motion), filed on February 8, 2006; and the Emergency Motion of John C. Reber for Protective Order for Defendants Orlando Neighborhood Improvement Corporation, Inc. ("ONIC") and Robert E. Ansley, Jr. ("Ansley") and for Himself as Attorney for Defendants ONIC and Ansley (Doc. #224; Third Motion), filed on February 9, 2006 (collectively Motions). Plaintiffs' Emergency Motion/Legal Authority to Compel Appearance at Deposition of Robert "Bob" Ansley, Esq. and John Reber, Esq. (Doc. #225; Motion to Compel), was filed on February 9, 2006.

Plaintiffs have scheduled two depositions for February 10, 2006, in Gainesville, Florida. *See* First Motion at 1; Notice of Deposition, attached to the First Motion as Exhibit A; Second

Motion at 2; Notice of Deposition, attached to the Second Motion; Third Motion at 1-2. Defendants seek to have the depositions taken in Orlando, Florida, as that is where the case was originally filed, the individuals to be deposed reside, and all the attorneys other than Mr. Kaimowitz are located. First Motion at 2; Second Motion at 2; Third Motion at 3. Additionally, rescheduling is requested as ONIC, Mr. Ansley, and Mr. Reber have a conflict. First Motion at 3; Third Motion at 5; *see also* Second Motion at 2. Plaintiffs assert the discovery should proceed as scheduled. Motion to Compel at 1.

Upon balance, and having considered the positions of the parties, the Court concludes good cause has been shown for the entry of a protective order. Accordingly, the Motions (Docs. ## 222, 223, 224) are **GRANTED** to the extent the depositions shall be held in Orlando, Florida, at a time and date mutually agreeable to the parties. They should be scheduled, if possible, between February 20, 2006, and February 23, 2006, and in any event before March 1, 2006. The Motion to Compel (Doc. #225) is **DENIED.**

**DONE AND ORDERED** at Jacksonville, Florida, this 9th day of February, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record
    and *pro se* parties, if any