UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA,**
**ex rel GABE KAIMOWITZ, an attorney qui**
**tam, pro se,**

    **Plaintiffs,**

v.                                          Case No.: 3:04-cv-1344-J-20HTS

**ROBERT ANSLEY, et. al.,**

    **Defendants.**

_____/

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time. (Doc. No. 410, filed December 27, 2007.) On November 8, 2007, this Court set a hearing for January 15, 2008, on Defendants' Motions for attorneys' fees and costs. Plaintiffs now request that this hearing be rescheduled because Plaintiffs' attorney, Gabe Kaimowitz, must attend a hearing in Michigan on that same date. However, Plaintiffs' Motion fails to provide the date when the Michigan hearing was set. If the Michigan hearing was set on a date preceding November 8, 2007, this Court would be amenable to rescheduling the hearing even on this short notice. Otherwise, the hearing will remain scheduled for Tuesday, January 15, 2008, at 10:00 A.M. in Courtroom 10C. Since this pertinent information is not found in Plaintiffs' Motion, it is accordingly

**ORDERED, DECREED AND ADJUDGED**

1. Plaintiffs' Motion for Extension of Time (Doc. No. 410) is **DENIED WITHOUT PREJUDICE.**

2. Plaintiffs shall provide this Court with the required information by **January 11, 2008.**

If Plaintiffs fail to timely respond to this Order by that date, the denial of Plaintiffs' Motion shall be with prejudice.

**DONE AND ENTERED** at Jacksonville, Florida, this 2nd day of January, 2008.

TIMOTHY C. CORRIGAN
United States District Judge
on behalf of
**HARVEY E. SCHLESINGER**
**United States District Judge**

Copies to:
Gabe H. Kaimowitz, Esq.
John C. Reber, Esq.
W. Scott Gabrielson, Esq.
Martha Lee Lombardy, Esq.
Jay M. Cohen, Esq.
Roberto H. Rodriguez, Jr., Esq.