FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

08 JAN 10 AM 9: 45

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
ex rel GABE KAIMOWITZ, an attorney qui
tam, pro se,

    Plaintiffs,

v.                                                         Case No.: 3:04-cv-1344-J-20HTS

ROBERT ANSLEY, et. al.,

    Defendants.

_____/

## ORDER

Before the Court is Plaintiff's Motion Pursuant to Fed. R. Civ. P. 60. (Doc. No. 415, filed January 8, 2008.) That Motion is **DENIED**.

Plaintiff's Motion to Extend Time (Doc. No. 410, filed December 27, 2007) is **DENIED WITH PREJUDICE**. A hearing on pending Motions shall be held on Tuesday, January 15, 2008, at 10:00 A.M. in Courtroom 10C.

**DONE AND ENTERED** at Jacksonville, Florida, this /0/ day of January, 2008.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Gabe H. Kaimowitz, Esq.
John C. Reber, Esq.
W. Scott Gabrielson, Esq.
Martha Lee Lombardy, Esq.
Jay M. Cohen, Esq.
Roberto H. Rodriguez, Jr., Esq.